IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONDADO 3 CFL, LLC<br>Plaintiff<br>vs<br>AIDA SOCORRO MENDEZ RIVERA, CRISTINA MARIE GONZALEZ MENDEZ, WILFREDO JUNIOR GONZALEZ MENDEZ, YELITZA MARIE GONZALEZ MENDEZ, all by themselves and as members of the ESTATE OF WILFREDO GONZALEZ VELEZ<br>Defendants | CIVIL 18-1347CCC |

**OPINION AND ORDER**

Before the Court is an unopposed Motion to Dismiss (**d.e. 20**) filed February 19, 2020 by defendants Yelitza Marie González Méndez, Cristina Marie González Méndez and Junior González Méndez ("appearing defendants").

Appearing defendants seek dismissal of this foreclosure action under 31 L.P.R.A. §§ 2787-2790, which govern acceptance and repudiation of an inheritance. In compliance with 31 L.P.R.A. § 2790, appearing defendants have repudiated their interests in the estate of Wilfredo González Vélez through the execution of public deeds (d.e. 20-1).

As defendants have validly repudiated any interest in the object of foreclosure, the Motion to Dismiss (**d.e. 20**) is GRANTED as to Yelitza Marie

CIVIL 18-1347CCC 2

González Méndez, Cristina Marie González Méndez and Junior González Méndez.

SO ORDERED.

In San Juan, Puerto Rico, this 9th day of March, 2020.

S/GUSTAVO A. GELPÍ
Chief United States District Judge